CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TARUN VINOD TILOKANI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendant. | Case No. 3:25-cv-05958 LJC <br><br> **STIPULATION TO STAY PROCEEDINGS; ORDER** |

    The parties conferred and respectfully request the Court to stay proceedings in this case for a limited time, until January 30, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

    Plaintiffs filed this action seeking adjudication of their Form I-526E, Petition for Alien Entrepreneur, and Form I-485, Application for Adjustment of Status. United States Citizenship and Immigration Services ("USCIS") has adjudicated the Form I-526 petitions and Form I-485 applications for all the Plaintiffs except for Plaintiff Shivani Varshney. USCIS issued a Request for Evidence ("RFE") on Plaintiff Varshney's application and Plaintiff's response is due by December 1, 2025. Once USCIS receives Plaintiff's response to the RFE, the agency will work diligently towards completing

Stipulation to Stay
C 3:25-cv-05958 LJC                 1

adjudication of Plaintiff's application, absent unforeseen or exceptional circumstances that would require additional time for adjudication.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until January 30, 2026, at which time the parties will file a joint status report. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: September 19, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

/s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendant

Dated:  September 19, 2025

/s/ Kristina David
KRISTINA DAVID
David Strashnoy Law, PC
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: September 22, 2025

LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
C 3:25-cv-05958 LJC                 2